```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

**DEANTE DRAKE,**                          :
                                           :
      Petitioner          :   No. 1:15-CV-00866
                                           :
  vs.                              :   (Judge Kane)
                                           :
**WARDEN OF F.C.I. SCHUYLKILL,**           :
                                           :
      Respondent          :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Drake's petition for writ of habeas corpus (Doc. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

                                               S/ Yvette Kane
                                               Yvette Kane
                                               United States District Judge

Date: October 2, 2015