```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA
```

**DEANTE DRAKE,**                      :
                                       :
      Petitioner             :     No. 1:15-CV-00866
                                       :
  vs.                                  :     (Judge Kane)
                                       :
**WARDEN OF F.C.I. SCHUYLKILL,**       :
                                       :
      Respondents            :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Drake's motion for reconsideration (Doc. 9) is **DENIED.**

                                 S/ Yvette Kane
                                 Yvette Kane
                                 United States District Judge

Date: December 21, 2015