```
               UNITED STATES DISTRICT COURT
                        FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

**DEANTE DRAKE,**                         :
                                          :
      Petitioner               :   No. 1:15-CV-00866
                                          :
  vs.                                   :   (Judge Kane)
                                          :
**WARDEN OF F.C.I. SCHUYLKILL,**         :
                                          :
      Respondents              :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Drake's motion for reconsideration (Doc. 13) is **DENIED**.

                                         S/ Yvette Kane
                                         Yvette Kane
                                         United States District Judge

Date: April 21, 2016